IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-20605
Conference Calendar

_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

GONZALO MONDRAGON,

                                        Defendant-Appellant.

                * * * * * * * * * * * * * * * * * *

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

GONZALO MONDRAGON-PENALOZA,

                                        Defendant-Appellant.


                     --------------------
             Appeal from the United States District Court
                  for the Southern District of Texas
                     USDC No. H-98-CR-315-ALL
                     USDC No. H-02-CR-20-ALL
                     --------------------
                        February 20, 2003

Before WIENER, EMILIO M. GARZA, and CLEMENT, Circuit Judges.

PER CURIAM:*

_____

    * Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

Gonzalo Mondragon-Penaloza appeals the sentences imposed following his guilty plea conviction of being found in the United States after deportation in violation of 8 U.S.C. § 1326. Barahona argues that the "felony" enhancement provision of 8 U.S.C. § 1326(b) is unconstitutional.

Madragon acknowledges that his argument is foreclosed by Almendarez-Torres v. United States, 523 U.S. 224, 235 (1998), but asserts that the decision has been cast into doubt by Apprendi v. New Jersey, 530 U.S. 466, 490 (2000). He seeks to preserve his argument for further review.

Apprendi did not overrule Almendarez-Torres. See Apprendi, 530 U.S. at 489-90; United States v. Dabeit, 231 F.3d 979, 984 (5th Cir. 2000). This court must follow Almendarez-Torres "unless and until the Supreme Court itself determines to overrule it." Dabeit, 231 F.3d at 984 (internal quotation marks and citation omitted). The judgment of the district court is AFFIRMED.